# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MARVIN W. MILLSAPS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | Case No. 5:14CV64-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| WENDALL HARGRAVE, | ) | |
| Administrator, Alexander Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2014, Order.

Signed: June 5, 2014

Frank G. Johns, Clerk
United States District Court